AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| BRIAN A. NORFORD<br><br>*Plaintiff(s)*<br>v.<br>CITY OF ROCHESTER, ROCHESTER POLICE DEPARTMENT,<br>ROCHESTER POLICE OFFICER PATRICK GIANCURSIO, ET. AL.<br>*Defendant(s)* | Civil Action No. **6:16-cv-06478** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY OF ROCHESTER, ROCHESTER POLICE DEPARTMENT, c/o City of Rochester Department of Law, City Hall, Room 400-A, 30 Church Street, Rochester, NY 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leland T Williams, Esq., 95 Allens Creek Road, Bldg. 1-107, Rochester, NY 14618.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| BRIAN A. NORFORD<br><br>*Plaintiff(s)*<br>v.<br>CITY OF ROCHESTER,<br>ROCHESTER POLICE DEPARTMENT,<br>ROCHESTER POLICE OFFICER PATRICK<br>GIANCURSIO, ET.AL<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-cv-6478<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROCHESTER POLICE OFFICER J. PRINZI
Rochester Police Department Headquartres
185 Exchange Boulevard
Rochester, NY 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leland T. Williams, Esq.,  95 Allens Creek Road, Bldg. 1-107, Rochester, NY 14618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| BRIAN A. NORFORD <br><br> *Plaintiff(s)* <br> v. <br><br> CITY OF ROCHESTER, ROCHESTER POLICE DEPARTMENT, ROCHESTER POLICE OFFICER PATRICK GIANCURSIO, ET.AL <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-6478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROCHESTER POLICE OFFICER J. VAUGHN
Rochester Police Department Headquartres
185 Exchange Boulevard
Rochester, NY 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leland T. Williams, Esq.,  95 Allens Creek Road, Bldg. 1-107, Rochester, NY  14618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| BRIAN A. NORFORD <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, ROCHESTER POLICE DEPARTMENT, ROCHESTER POLICE OFFICER PATRICK GIANCURSIO, ET.AL <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 16-cv-6478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROCHESTER POLICE OFFICER WILLIAM WAGNER
Rochester Police Department Headquartres
185 Exchange Boulevard
Rochester, NY  14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leland T. Williams, Esq.,  95 Allens Creek Road, Bldg. 1-107, Rochester, NY  14618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| BRIAN A. NORFORD <br><br> *Plaintiff(s)* <br> v. <br> CITY OF ROCHESTER, ROCHESTER POLICE DEPARTMENT, ROCHESTER POLICE OFFICER PATRICK GIANCURSIO, ET.AL <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-cv-6478 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROCHESTER POLICE OFFICER PATRICK GIANCURSIO
Rochester Police Department Headquartres
185 Exchange Boulevard
Rochester, NY  14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Leland T. Williams, Esq.,  95 Allens Creek Road, Bldg. 1-107, Rochester, NY  14618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                  *Signature of Clerk or Deputy Clerk*